## 930 CASES REPORTED WITH BRIEF SYLLABI.

Solomon H. Howe and Others, Appellants, v. Plymouth Rubber Company, Respondent.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements, and motion for bill of particulars granted. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

United Dressed Beef Company, Respondent, v. Eugenie LeLong Dietrich, Impleaded with William B. Stedman and Others, Appellants.— Order reversed, without costs, and motion to open default and allow defendant to answer granted upon payment of costs in the action to date, and ten dollars costs of opposing motion. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

United Dressed Beef Company, Respondent, v. Eugenie LeLong Dietrich, Impleaded with William B. Stedman and Others, Appellants. — Appeal dismissed, without costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Estate of William F. Crerand, Deceased. Margaret Crerand, Executrix, etc., of William F. Crerand, Deceased, Appellant; Mary C. Crerand, Respondent.— Order modified by requiring the executor to pay the legacy, with the deduction of one per cent transfer tax, and with such interest as the money on deposit in the bank has earned, if any, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George A. Raftery, Appellant, v. John B. Carter and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alexander Herz, Doing Business as Hygeia Antiseptic Toothpick Company, Appellant, v. Royal Antiseptic Toothpick Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Application of Isaac Peiser, One of the Trustees and Life Tenant under an Agreement of Trust by Caroline Peiser Sugden, Dated the 13th Day of November, 1905, Respondent. Edwin L. Kalish, One of the Trustees, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

American Taximeter Company, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Max D. Blum, Respondent, v. Scottish Union and National Insurance Company of Edinburgh, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Sterling Securities Company, Appellant, v. The Thames Loan and Trust Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to open default denied, with leave to defend-